THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CARL LAMBERT, Defendant-Appellant.

(No. 56604;

First District (3rd Division)—June 14, 1973.

PER CURIAM.

McNAMARA, J., took no part.

James J. Doherty, Public Defender, of Chicago, (Stanley Sacks and Thaddeus L. Kowalski, Assistant Public Defenders, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis and James R. Carlson, Assistant State's Attorneys, of counsel,) for the People.